IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888
FAX: (818) 325-2890
ireneruzin@gmail.com

Attorney for Plaintiff, GLORIA RAMIREZ,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLORIA RAMIREZ, | ) Case No.: CV 17-5269 PLA |
| Plaintiff, | ) ORDER |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) PAUL L. ABRAMS |
| | ) UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) |

Based upon the parties' Stipulation, IT IS HEREBY ORDERED that the above referred action be dismissed in its entirety without prejudice pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, the parties to bear their own costs and fees.

DATED: March 9, 2018

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE